IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEWAYNE B. CHAMBERS,        )
                            )
    Petitioner,              )
                            )       CIVIL ACTION NO.
    v.                      )        1:15cv101-MHT
                            )            (WO)
KARLA JONES and LUTHER      )
STRANGE,                    )
                            )
    Respondents.            )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 13) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of May, 2015.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE