IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE B. CHAMBERS,        )<br>                             )<br>    Petitioner,             )<br>                             )<br>    v.                       )<br>                             )<br>KARLA JONES and LUTHER       )<br>STRANGE,                     )<br>                             )<br>    Respondents.             ) | CIVIL ACTION NO.<br>   1:15cv101-MHT<br>        (WO) |

### ORDER

This cause is now before the court on petitioner's notice of appeal (doc. no. 17), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

\*\*\*

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 27th day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE